512

Fae DRISCOLL, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2009–3073.

United States Court of Appeals,
Federal Circuit.

May 14, 2009.

Keith Goffney, Law Offices of Keith Goffney, Los Angeles, CA, for Petitioner.

### ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

Scott PIVONKA and John Tottleben,
Plaintiffs–Appellants,

v.

CENTRAL GARDEN & PET COMPA-
NY, Nylabone Corporation, and TFH
Publications, Inc., Defendants–Appel-
lees.

No. 2008–1581.

United States Court of Appeals,
Federal Circuit.

May 15, 2009.

Ramon L. Pizarro, Denver, CO, for Plaintiffs–Appellants.

Russell S. Burnside, Greenberg Dauber Epstein, Newark, NJ, for Defendants–Appellees.

### ON MOTION

#### ORDER

Upon consideration of the unopposed motion to voluntarily dismiss this appeal from *Pivonka v. Central Garden,* no. 02–CV–02394 (D.Col.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.